# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:

**Emma Jean Jimmerson,**    Case No. 18-11080-JDW
                            Chapter 7
Debtor.

## MOTION TO REOPEN CHAPTER 7 CASE

Comes now the Debtor, by and through counsel, and hereby moves the Court to reopen the Chapter 7 Case. In support of said motion, Debtor would show unto the Court that she failed to disclose a potential lawsuit against State Farm Insurance regarding an automobile accident. Debtor wishes for the case to be reopened for the sole purpose of amending the schedules to disclose the information.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter an order to reopen the Chapter 7 Case.

Respectfully submitted,

/s/ Jimmy E. McElroy
Attorney for Debtor(s)
3780 S. Mendenhall
Memphis, Tennessee  38115

Certificate of Service

The undersigned certifies that the above motion was mailed VIA United State Postal Service or electronically notice to all parties listed below on August 13, 2019.

/s/Jimmy E McElroy

Emma J. Jimmerson, 1079 Maxwell Road, Michigan City, MS 38647
Chapter 7 Trustee -
US Trustee - USTPRegion05.AB.ECF@usdoj.gov
All Entities on Matrix (see attached)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 18-11080-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Tue Aug 13 10:31:42 CDT 2019 | Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | (p)1ST FRANKLIN FINANCIAL CORPORATION<br>PO BOX 880<br>TOCCOA GA 30577-0880 |
| First State<br>P.O. Box 580<br>Holly Springs, MS 38635-0580 | Home Depot<br>P.O. Box 9001010<br>Louisville, KY 40290-1010 | Emma Jean Jimmerson<br>1079 Maxwell Road<br>Michigan City, MS 38647-9239 |
| Loan Care Inc.<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | Selene D. Maddox<br>362 North Broadway Street<br>Tupelo, MS 38804-3926 | Jimmy E. McElroy<br>3780 S. Mendenhall<br>Memphis, TN 38115-0886 |
| Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit<br>P.O. Box 2001<br>Warren, MI 48090-2001 | One Main Financial<br>P.O. Box 1010<br>Evansville, IN 47706-1010 |
| (p)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Franklin<br>135 E. Tugalo Street<br>Toccoa, GA 30577 | Tower Loan<br>P.O. Box 802<br>Holly Springs, MS 38635 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     0<br>Total                  13 |